UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LONNY ROSENBLATT,<br><br>         Plaintiff,<br><br>   -against-<br><br>MATTRESS FIRM, INC., JOSEPH KILKENNY, JOSHUA FEINBERG, and SIMOS GEROLITAMTOS,<br><br>         Defendants. | **COMPLAINT**<br><br>Jury Trial Demanded<br><br>Docket No.: |

Plaintiff, Lonny Rosenblatt ("Plaintiff"), by and through his attorneys, The Law Office of David H. Rosenberg, P.C., complaining of Defendants Mattress Firm, Inc. ("Mattress Firm"), Joseph Kilkenny ("Kilkenny"), Joshua Feinberg ("Feinberg"), and Simos Gerolitamtos ("Gerolitamtos" and all together as "Defendants"), herein alleges upon knowledge as to himself and his own actions, and upon information and belief as to all other matters, as follows:

**JURISDICTION AND VENUE**

1. This sexual harassment/gender discrimination and retaliation action is brought pursuant to Title VII of the Civil Rights Act of 1964, The New York State Human Rights Law, Executive Law § 296, *et seq*, ("NYSHRL"); and any other cause of action which can be inferred from the facts set forth herein.

2. The claims against individual Defendants, Kilkenny, Feinberg, and Gerolitamtos, are made under the NYSHRL.

3. The jurisdiction of this Court is invoked pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1343(a)(3), and 28 U.S.C. § 1343(a)(4).

4. Venue is proper pursuant to 28 U.S.C. § 1391.

5. All prerequisites to the institution of this action have been met. A charge of discrimination was duly filed with the Equal Employment Opportunity Commission and a Notice of Right to Sue was mailed to Plaintiff on or around August 4, 2018. Plaintiff received the Notice of Right to Sue on August 6, 2018 and this action has been filed within ninety (90) days of receipt.

## PARTIES

6. At all relevant times, Plaintiff, a male, was an employee of Mattress Firm.

7. At all relevant times, Mattress Firm was a mattress store chain.

8. At all relevant times, Plaintiff generally reported to work at 1482 Union Turnpike, New Hyde Park, New York, 11040 ("Mattress Firm New Hyde Park").

9. At all relevant times, Kilkenny, a male, was the District Manager and Plaintiff's supervisor.

10. At relevant times, Feinberg, a male, was Divisional President and one of Plaintiff's superiors.

11. At all relevant times, Gerolitamtos, a male, was the Area Manager.

12. Mattress Firm has 15 or more employees and, at all relevant times, was Plaintiff's employer within the meaning of the law.

## FACTS

13. On June 12, 2012, Plaintiff was hired as a Manager at Mattress Firm New Hyde Park. Due to sheer hard work and dedication, Plaintiff was promoted to Area Manager in December 2016.

14. On December 17, 2016, Plaintiff introduced himself to employees as the new Area Manager. Plaintiff's supervisor, Kilkenny said to Plaintiff generally, "You speak too fucking much." Plaintiff replied with words to the effect of, "I wanted to introduce myself

to everyone for the first time and wanted them to know if they had any questions to please not to hesitate and call me." Other female employees were not treated this way.

15. On January 4, 2017, at a Company area manager sales training, Kilkenny said to Plaintiff generally, "Make sure you volunteer faggot and don't make me look like an asshole. The trainer, Russel Diamond, is a fat fuck and I can't believe he was hired to work for the company. His wife is a fat fuck too and works for the company too." Plaintiff, who was embarrassed, humiliated, and ashamed, tried to appease Kilkenny by replying generally, "Don't worry, I'll volunteer." Other female employees were not treated this way.

16. On January 8, 2017, Kilkenny said to Plaintiff generally, "Joe Traynham[1] is a piece of shit who has no idea what he is doing. He wants to fuck someone tonight but does not know who yet. Once he starts drinking, he will get a better idea. You see any guys you're looking to fuck tonight?" Plaintiff replied generally, "You're out of your mind man, stop." Other female employees were not treated this way.

17. On January 10, 2017, Kilkenny said to Plaintiff words to the effect of, "I fuck Sharon Zamborino[2] all the time and she begs daddy for more." Plaintiff replied, "I thought you just had a baby and have a girlfriend." Kilkenny responded generally, "It's the power of the penis. You want a drink?" Plaintiff asked for a diet coke. Kilkenny replied generally, "You really are a fucking faggot." Kilkenny placed his hands over Plaintiff's pants, grabbed Plaintiff's genitals with his hands, and slapped Plaintiff's penis. Kilkenny did this to Plaintiff for sexual gratification. Plaintiff, who felt embarrassed, ashamed, and humiliated, told Kilkenny to stop.

---

[1] Joseph Traynham, a male, was the Regional Vice President for New Jersey.
[2] Sharon Zamborino, a female, was a Manager on Duty.

3

18. On January 11, 2017, during a training seminar, Kilkenny said to Plaintiff generally, "Look at that fine ass. I would love to fuck the shit out of her and mommy her up." Plaintiff replied, "You should keep your voice down." Kilkenny responded with words to the effect of, "No one hears me gay boy."

19. On January 22, 2017, Kilkenny said to Plaintiff, in front of Gerolitamtos generally, "Move your faggot bald ass. Move it the fuck up, Kravitz[3]." Throughout the day, Kilkenny referred to Plaintiff as "sugar tits" in front of employees which caused Plaintiff to feel ashamed and humiliated.

20. On January 29, 2017, Kilkenny walked around the store and said generally, "Where's Kravitz" in reference to Plaintiff. Plaintiff, who was embarrassed, humiliated, and ashamed, replied, "I'm over here on the floor trying to sync an adjustable base." Kilkenny replied, in front of Gerolitamtos, "Aha, there you are. Move your ass already."

21. On March 17, 2017, Kilkenny sent a text message to Plaintiff that read in relevant part, "Rosenblatt is suck [sic] a dick sometimes."

22. On April 1, 2017, Kilkenny sent a text message to Plaintiff that read in relevant part, "Happy mutha [sic] fuckin [sic] birthday homo."

23. In April 2017, during a workshop in Houston, Texas; Kilkenny said to Plaintiff, in front of Syeed Mustafa (male, Store Manager) and Fred Hamilton (male, Regional Vice President of New York), words to the effect of, "All of these gay motherfuckers can suck my balls. I know you love sucking dude's balls and you especially love the creamy load." Plaintiff, who felt ashamed, embarrassed, and humiliated, responded with words to the effect of,

---

[3] Kilkenny's naming of Plaintiff as "Kravitz" refers to American singer, songwriter, actor, and record producer Lenny Kravitz to whom Kilkenny believes Plaintiff bears some resemblance to.

"That is gross man." Later that evening, Kilkenny, for his own sexual gratification, placed his hands over Plaintiff's pants, grabbed Plaintiff's genitals, pinched Plaintiff's penis, and said generally, "I am going to fuck Tammy[4]." Plaintiff replied, "Stop it. You keep calling me gay and you keep touching my penis." Kilkenny, for his own sexual gratification, placed his hands over Plaintiff's shirt, pinched Plaintiff's nipples causing Plaintiff to experience a sharp pain, and said generally, "I am only fucking with you, gay boy."

24. On April 3, 2017, Kilkenny sent a text message to Plaintiff that read in relevant part, "Super gay."

25. On April 9, 2017, Kilkenny sent a text message to Plaintiff that read in relevant part, "Fag."

26. On April 13, 2017, Gerolitamtos sent a group text message to Kilkenny and Plaintiff that read in relevant part, "Herb Lonny shedded [sic] a tear and passed Grace." Kilkenny replied in part, "Fuckin guy!! Such a fag."

27. On April 14, 2017, Gerolitamtos sent a group text message to Kilkenny and Plaintiff that read in relevant part, "I use Axe. Not the gay crap Lonny uses." Kilkenny replied in part, "Do [sic] gay."

28. On April 14, 2017, Gerolitamtos sent a group text message to Kilkenny and Plaintiff that read in relevant part, "Lonny is showing his rainbow colors." Kilkenny replied in relevant part, "Fuckin fag".

29. On April 18, 2017, Gerolitamtos sent a group text message to Kilkenny and Plaintiff that read in relevant part, "I have a question." Kilkenny replied in relevant part, "10" [sic] but I only like girls. Sorry man."

---

[4] Tammy Frederichs, a female, was the Communications Manager.

5

30. On April 18, 2017, Gerolitamtos sent a group text message to Kilkenny and Plaintiff that read in relevant part, "Better than being gay."

31. On April 27, 2017, Kilkenny, in a group text with Gerolitamtos and Plaintiff, sent a pornographic image of a woman performing oral sex on a vegetable and wrote in relevant part, "you guys suck."

32. On April 28, 2017, Gerolitamtos sent Kilkenny and Plaintiff a group text message that read in relevant part, "Lonny you took the cake this week." Kilkenny replied in relevant part, "In his ass".

33. On May 1, 2017, Kilkenny sent a text message to Plaintiff that read in relevant part, "As gay as always." Kilkenny sent an emoji of drops of water and an eggplant which is a pictorial reference to male ejaculation.

34. On May 5, 2017, Kilkenny sent a text message to Plaintiff that read in relevant part, "Then it will be a 3 some [sic] with Ronnie and the 2 of you."

35. On May 7, 2017, Gerolitamtos sent a group text message to Kilkenny and Plaintiff that read in relevant part, "You just made Lonny lose his gerth [sic] again." Kilkenny replied in relevant part, "You're acting as if he ever had it". Plaintiff felt ashamed and embarrassed; and replied, "Why does everyone hate me?"

36. On May 7, 2017, Kilkenny sent a group text to Gerolitamtos and Plaintiff that read in part, "We love you gay boy". Plaintiff, feeling ashamed and embarrassed, replied, "Why does everyone hate me?"

37. On May 14, 2017, Kilkenny sent a text message to Plaintiff that read in relevant part, "We could really use you at the meeting faggot."

38. On May 15, 2017, Kilkenny sent text messages to Plaintiff that read in relevant part: "That and when I whisper in your ear. Fag"; and called Plaintiff a "Faggot." Plaintiff sent a text message to Kilkenny that read in relevant part, "Sorry I was sleeping." Kilkenny replied in part, "With some dude?"

39. On May 25, 2017, during an area manager meeting at a restaurant, Tony Oviedo[5] ordered a fruit cup. Kilkenny said words to the effect of, "We now have two faggots on our team, Lonny and Tony." Kilkenny sent a text message to Plaintiff that read in relevant part, "Yeah Deez Nutz [sic] for Lonny."

40. On May 28, 2017, Kilkenny sent text messages to Plaintiff that read in relevant part, "Night gay boy" and "that love you doesn't help the gayness Lonny."

41. On May 30, 2017, Kilkenny sent a text message to Plaintiff that read in relevant part, "Get rest faggot."

42. In June 2017, Plaintiff interviewed with Kilkenny, Joe Angerosa ("Angerosa", male, District Manager), Ricardo Marques ("Marques", male, District Manager) and Rick Campo (male, New York Regional Sales Director) for Mattress Firm's lead location in Carle Place, New York. Later that day, Kilkenny called Plaintiff and said generally, "Rick asked if you were gay because of how passionate you were when you spoke during your interview." Plaintiff replied with words to the effect of, "What does this have to with my interview?" Kilkenny responded generally, "Calm down. Rick just wanted to know if you were a faggot. It's no big deal. Just make sure you never bring this up or I will never trust you again."

---

[5] Tony Oviedo ("Oviedo"), a male, was the Area Manager.

7

43. On June 3, 2017, Kilkenny sent a text message to Plaintiff that read in relevant part, "Thanks gay boy."

44. On June 7, 2017, Kilkenny sent a text message to Plaintiff that read in relevant part, "Thanks Lonny. I mean baby guuurl [sic]."

45. On June 8, 2017, Kilkenny sent a text message to Plaintiff that read in relevant part, "Clearly gayboy [sic]."

46. On June 9, 2017, Kilkenny sent a text message to Plaintiff that read in relevant part, "Lonny you're my bitch in heat."

47. On June 10, 2017, Kilkenny sent a text message to Plaintiff that read in relevant part, "Other wise [sic] it was a great message. Fruit Cup." Plaintiff understood this to be a homophobic slur towards him.

48. On June 10, 2017, Kilkenny sent a text message to Plaintiff that read in relevant part, "Faggot"; "Gay boy"; and "Make sure you are pulling finalized [sic]. Sugar tits."

49. On June 11, 2017, Kilkenny sent a text message to Plaintiff that read in relevant part, "And Lonny is 100% full blown out of the closet."

50. On June 19, 2017, Kilkenny sent a text message to Plaintiff of a face emoji with an open mouth, an emoji of water drops, and an emoji of an eggplant. Plaintiff understood the arrangement of these emojis and images to represent male ejaculation after the act of oral sex on a male.

51. On June 22, 2017, Kilkenny sent a text message to Plaintiff that read in relevant part, "Sorry Lonny. It's not a dick. But it'll do."

52. On July 7, 2017, Kilkenny sent a text message to Plaintiff that read in relevant part, "Ok that's so extra homo. Go get it ready BABY BOOOOOOY [sic]" and a picture of a vibrating anal plug.

53. On July 16, 2017, Kilkenny sent a text message to Plaintiff that read in relevant part, "Thanks ass pirate."

54. On July 26, 2017, Plaintiff sent a group text message to Kilkenny, Gerolitamtos, and Oviedo, that read in relevant part, "I need coffee". Kilkenny replied in part, "And dick".

55. On August 23, 2017, Kilkenny sent a text message to Plaintiff with emojis depicting a peach, water drop, and an eggplant. Plaintiff understood this to be a reference to male-on-male anal sex.

56. On August 31, 2017, Kilkenny sent a text message to Plaintiff that read in relevant part, "We are all here Cunt [sic]. Where are you? You fuckin [sic] cunt! We are sitting here in your store………[sic]"

57. On September 4, 2017, Kilkenny sent a text message to Plaintiff that read in relevant part, "Simos and Lonny. Super gay."

58. On September 6, 2017, Kilkenny sent a text message to Plaintiff that read in relevant part, "Just waiting on you CUNT [sic]".

59. On November 3, 2017, Kilkenny sent a text message to Plaintiff that read in relevant part, "You ok faggot?"

60. On November 9, 2017, Kilkenny sent a text message to Plaintiff that read in relevant part, "Good having you back today gayboy [sic]".

61. On November 9, 2017, Kilkenny sent a text message to Plaintiff that read in relevant part, "All good ideas bro [sic]. Super healthy. Just water and DICK [sic]".

9

62. On November 23, 2017, Kilkenny texted Plaintiff a picture of a woman holding up a phone in a case with an attached apparatus used to support the phone and wrote, "See, women have the same cock ring as you."

63. In November 2017, Kilkenny, in front of Angerosa, said generally to Plaintiff, "This Josh Feinberg has no idea who he is fucking with. So many people are calling Human Resources to complain about him because he is disrespectful. Someone is going to slap him if he keeps it up. The motherfucker doesn't even curse and I believe people say he is a virgin." Plaintiff replied with words to the effect of, "I am convinced you have completely lost your mind. Josh [Feinberg] is nice unless he has recently changed his personality." Kilkenny responded generally, "Of course I lost my mind. I am a sociopath. I have zero emotions and I don't fucking give a shit. Every District Manager feels the same way except Sanjiv[6] who, of course, is an ass kisser. If you like him so much you could go fuck him gay boy."

64. In or around early December 2017, Kilkenny said to Plaintiff, in front of Marques, generally, "I'm going to go to HR and tell them Josh [Feinberg] touched me on my penis. Everyone including Ricardo [Marques] will back up my story." Kilkenny placed his hands over Plaintiff's pants and pinched Plaintiff's penis for his own sexual gratification. This caused Plaintiff to feel shame, embarrassment, and humiliation.

65. On December 8, 2017, Plaintiff called Feinberg and said generally:

> John [Kilkenny] told me that if you piss him off he is going to go to Human Resources and say that you touched him on the penis. He is going to have Sal Rosa[7], Guy Abbate[8], Joe Angerosa, and Ricardo Marques as witnesses saying you did it. When John told me this he touched my penis. Everyone hates him and fears him. He

---

[6] Sanjiv Sinha ("Sinha"), a male, was a District Manager.
[7] Sal Rosa, a male, was a District Manager.
[8] Guy Abbate, a male, was a District Manager.

> goes around the entire District calling himself a sociopath. He's not all there and I think you need to know about this.

Later that evening, Feinberg called Plaintiff and said generally, "I spoke to Ken Murphy [CEO], told him about what you told me, and he wants to know more additional facts. If this guy, Kilkenny, takes me to Court I need to know you have my back." Plaintiff responded generally, "Absolutely." No investigation was conducted, no discipline was given, and no corrective action was taken. To the contrary, Plaintiff was forced to continue working under Kilkenny.

66. In or around late December 2017, Kilkenny approached Mona Cheema ("Cheema", female, Assistant Manager) and kissed her on the cheek. Kilkenny turned to Plaintiff and said generally, "Please plug in my laptop faggot." After Kilkenny left the office, Cheema said to Plaintiff words to the effect of, "I feel very uncomfortable with John kissing me considering I am a Muslim." Later that day, Plaintiff said to Kilkenny generally, "Next time you greet Mona, please don't kiss her on the cheek. It makes her feel very uncomfortable." Kilkenny replied words to the effect of, "I don't give a shit. I'm leaving the store soon anyway today. I want to try to see if I can fuck Anastasia[9]."

67. In or around late January 2018, during a meeting where Gerolitamtos was speaking, Kilkenny repeated at least twice, in a chant-like tone, in Plaintiff's ear, words to the effect of, "Simos sucks." Plaintiff replied generally, "Simos is very nervous; stop talking." Kilkenny then called Plaintiff a "fag".

---

[9] Anastasia Dragomirova, a female, was a District Manager.

11

68. On January 28, 2018, Kilkenny texted Plaintiff a pornographic image of a woman performing oral sex on a man and of a fully naked woman performing a sexual act on herself.

69. On February 6, 2018, Shawn Lunneborg, (male, Director of Loss Prevention), during a phone conversation with Plaintiff and Sinha, said to Plaintiff words to the effect of, "You know, everyone speaks very highly of you here. I know about the conversation you had with Josh [Feinberg] regarding John [Kilkenny]." Plaintiff was then suspended in retaliation.

70. On February 14, 2018, Plaintiff left a voicemail for Tanya Edmonds ("Edmonds", female, Human Resources Representative for New York) to get an update on his suspension. That same day, Edmonds called Plaintiff and said words to the effect of, "It was illegal for them to suspend you. I am going to get back to you later today." Plaintiff never received a follow up call from Edmonds.

71. On February 16, 2018, Zac Busby (male, Regional Vice President for New York) told Plaintiff words to the effect of, "I just wanted to let you know I have heard great things about you and I wanted to apologize for keeping you hanging for the past 11 days. I wanted to let you know that we are going to have to part ways for now but your file will be marked 'eligible for rehire' so you can be hired again down the line." Thus, Plaintiff was terminated.

## CLAIMS FOR RELIEF

72. Defendants subjected Plaintiff to adverse employment actions, chiefly being his termination, as well as an atmosphere of adverse employment actions based on his gender, participation in a protected activity, and opposition to discriminatory practices. These

actions are in violation of Title VII of the Civil Rights of 1964, NYSHRL, and any other cause of action which can be inferred from the facts set forth herein.

73. The individual Defendants, in violation of the NYSHRL, aided, abetted, compelled and/or incited the unlawful treatment as set forth above.

74. Plaintiff suffered, and continues to suffer, economic and emotional damages as result of the discriminatory and retaliatory treatment and termination.

WHEREFORE, Plaintiff demands judgment against Defendants for all compensatory, emotional, physical, and punitive damages (where applicable), lost pay, front pay, injunctive relief, reinstatement and any other damages permitted by law. It is further requested that this Court grant reasonable attorneys' fees and the costs and disbursements of this action and any other relief to which Plaintiff is entitled. Plaintiff demands a trial by jury.

Dated: Mineola, New York  
       October 8, 2018

THE LAW OFFICE OF DAVID H. ROSENBERG, P.C.

_____

DAVID H. ROSENBERG  
*Attorneys for Plaintiff*  
The Law Office of David H. Rosenberg, P.C.  
170 Old Country Road, Suite 600  
Mineola, N.Y. 11501  
Ph: (516) 741-0300  
F: (516) 385-4848